*FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2009 DEC 18 PM 1:44
DISTRICT OF UTAH*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| DAVID W. MOULTRIE and BECKY MOULTRIE, | 09-21093 RKM |
| | [Chapter 7] |
| Debtors. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**                          **CHECK AMOUNT**

Verizon Wireless West                                         $1.93
PO Box 3397
Bloomington, IL  61702

The address listed above constitutes the last known address in question. The check in the amount of $1.93 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _18_ day of December, 2009.

_____
Duane H. Gillman, Trustee

SLC_516158.1